**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TERESA LOCKETT,                      )
                                     )
            Plaintiff,               )
                                     )
        v.                           )        No. 4:25-CV-01309 SPM
                                     )
JACQUELINE S. JACKSON,               )
                                     )
            Defendant.               )

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to reopen this action. The Court will decline to do so.

The Court dismissed this civil action for lack of subject matter jurisdiction on February 4, 2026. Plaintiff moved to reconsider the Court's decision on March 3, 2026, and the Court denied the motion on March 4, 2026, finding that plaintiff's motion failed to point to any manifest errors of law or fact, or any newly discovered evidence. In plaintiff's newest motion to reopen, plaintiff merely states that she would like to reassert her action against her sister Jacqueline Jackson. However, she indicates no basis for this Court's jurisdiction over her case. Plaintiff is therefore not entitled to reconsideration of the dismissal of this action, and the Court declines to reopen this matter.

The Court will instruct the Clerk not to accept any additional filings from plaintiff unless they relate to an appeal in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen the present action [Doc. #9] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional filings from plaintiff unless they relate to an appeal.

Dated this 6th day of April, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE